AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

U.S.A.
v.
MIAN M. SHhid

Case Number: 07mj00564

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mian M. Shahid

I certify that I am admitted to practice in this court.

April 15, 2007
Date

Signature

S/ Jonathan Kaye        4439
Print Name              Bar Number

19-02 Whitestone Expressway, Suite 401
Address

Whitestone,   NY,   11357
City          State   Zip Code

(718) 746-5017          (718) 746-4746
Phone Number            Fax Number